# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Waid, Kyle Andrew

Debtor.
*In a joint case, debtor means debtors in this plan.*

Case No. 24-32819
CHAPTER 13 PLAN ☒ Modified
Dated 01/14/2025

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 16 | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 16 | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 16 | ☑ Included | ☐ Not Included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1 As of the date of this plan, the debtor has paid the trustee $1,200.00.

2.2 After the date of this plan, the debtor will pay the trustee:

| Plan payment | Start MM/YYYY | End MM/YYYY | Total |
|---|---|---|---|
| $600.00 | 3 (01/2025) | 16 (02/2026) | $8,400.00 |
| $863.00 | 17 (03/2026) | 60 (10/2029) | $37,972.00 |
| | | TOTAL | $46,372.00 |

2.3 The minimum plan length is ☑ 36 months or ☐ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.

2.4 The debtor will also pay the trustee __________.

2.5 The debtor will pay the trustee a total of **$47,572.00** [lines 2.1 + 2.2 + 2.4].

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 8 and 9 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or **$4,757.20** [line 2.5 x 0.10].

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (§ 365):** The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 7.

| | Creditor | Description of property |
|---|---|---|
| | **None** | |

**Part 5. CLAIMS NOT IN DEFAULT:** Payments on the following claims are current. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of property |
|---|---|---|
| 5.1 | Dakota County Property Tax and Records | Legally described as: Lot 4, Block 1, Lexington Square 2nd Addition, Dakota County, Minnesota.<br>3922 Boston Circle Eagan, MN 55123-1537 |

**Part 6. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) AND 1322(e)):** The trustee will pay the amount of default listed in the proof of claim on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.**

| | Creditor | Amount of default | Monthly payment | Beginning in mo./yr. | # of payments | Remaining Payments | *+ amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 6.1 | New American Funding | $9,354.72 | $135.00 | 02/2025 | 15 | $2,025.00 | | $9,354.72 |
| | | | $630.00 | 05/2026 | 11 | $6,930.00 | | |
| | | | $399.72 | 04/2027 | 1 | $399.72 | | |
| | TOTAL | | | | | | | **$9,354.72** |

**Part 7. CLAIMS IN DEFAULT (§§ 1322(b)(3) AND (5) AND 1322(e)):** The trustee will pay the amount of default listed in the proof of claim in the amount allowed on the following claims. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| | Creditor | Amount of default | Interest rate (if any) | Beginning in mo./yr. | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| 7.1 | Affinity Plus Federal Credit Union | $2,555.84 | 0.00% | 02/2025 | $135.00 | 18 | $2,430.00 | | $2,555.84 |
| | | | | 08/2026 | $125.84 | 1 | $125.84 | | |
| 7.2 | Affinity Plus Federal Credit Union | $1,855.96 | 0.00% | 02/2025 | $135.00 | 13 | $1,755.00 | | $1,855.96 |
| | | | | 03/2026 | $100.96 | 1 | $100.96 | | |
| | TOTAL | | | | | | | | **$4,411.80** |

**Part 8. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5))** The trustee will pay, the amount set forth in the "Total Payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part, 12, Part 13, or Part 14.

| | Creditor | Est. Claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in mo./yr. | Monthly payment | # of Payments | Remaining payments | *+ amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | **$0.00** |

**Part 9. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value)** The trustee will pay the amount of the allowed secured claim listed in the proof of claim at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 12, Part 13, or Part 14. All following entries are estimates, except for interest rate. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i).

| | Creditor | Est. Secured Claim amount | Int. Rate | Adq. Pro. (Check) | Beginning in mo./yr. | Monthly payment | # of Payments | Remaining payments | *+ amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | | |
| TOTAL | | | | | | | | | | **$0.00** |

**Part 10. PRIORITY CLAIMS (not including claims under Part 11):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

| | Creditor | Claim amount | Beginning in mo./yr. | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 10.1 | Internal Revenue Service | $8,540.10 | | Pro-Rata | | $8,540.10 | | $8,540.10 |
| 10.2 | Walker & Walker Law Offices, PLLC | $2,988.00 | 11/2024 | $540.00 | 3 | $1,620.00 | | $2,988.00 |
| | | | 02/2025 | $135.00 | 10 | $1,350.00 | | |
| | | | 12/2025 | $18.00 | 1 | $18.00 | | |
| 10.3 | Minnesota Department of Revenue | $2,481.50 | | Pro-Rata | | $2,481.50 | | $2,481.50 |
| TOTAL | | | | | | | | **$14,009.60** |

**Part 11. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

| | Creditor | Claim amount | Beginning in mo./yr. | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |
| TOTAL | | | | | | | | **$0.00** |

**Part 12. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the class of unsecured claims specified in Part 13, there shall be separate classes of non-priority unsecured claims including the following. The trustee will pay the allowed portion of the nonpriority amount listed in the proof of claim. All following entries are estimates.

| | Creditor | Unsecured claim amount | Interest rate (if any) | Beginning in mo./yr. | Monthly payment | # of Payments | Remaining payments | *+ amount paid to date by Trustee (mod plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | |
| TOTAL | | | | | | | | | **$0.00** |

**Part 13. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of allowed non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 6, 7, 8, 9, 10, 11, and 12 their pro rata share of approximately **$15,038.68** [line 2.5 minus totals in Parts 3, 6, 7, 8, 9, 10, 11, and 12].

13.1 The debtor estimates that the total unsecured claims held by creditors listed in Part 8 and 9 are **$0.00**.

13.2 The debtor estimates that the debtor's total unsecured claims (excluding those in Parts 8 and 9) are **$86,832.37**.

13.3 Total estimated unsecured claims are **$86,832.37** [lines 13.1 + 13.2].

**Part 14. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 6, 7, 8, 9, 10, 11, 12, and 13, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily filed claims remain subject to objection pursuant to 11 U.S.C. §502(b)(9).

**Part 15. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of property<br>*(including the complete legal description of real property)* |
|---|---|---|
| | **None** | |

**Part 16. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| | |
|---|---|
| **1.** | **<u>1305 claims</u>**<br>Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed by the Internal Revenue Service or Minnesota Department of Revenue for taxes that become payable while the case is pending. The trustee shall only pay Section 1305 claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available. |
| **2.** | **<u>Post-Petition Consumer Debt</u>**<br>Approval by the Bankruptcy Court or the Chapter 13 Trustee shall not be required prior to the debtor incurring a consumer debt while this case is pending, but the holder of the claim against the debtor based upon such debt is subject to § 1305. |
| **3.** | **<u>Property taxes paid directly by debtor(s) outside of plan</u>**<br>The debtor(s) or their mortgage servicer may pay property taxes directly to the county taxing authority when the property taxes become due. |
| **4.** | **<u>Surrender and Relief From Stay</u>**<br>Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 5, 6, 7, 8, 9, 10, 16 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case. |
| **5.** | **<u>Tax Refunds</u>**<br>The debtor(s) shall be entitled to the first $1200 for an individual chapter 13 debtor and $2,000 for married chapter 13 debtors of each year's tax refunds. The balance shall be paid to the trustee as an additional plan payment. Any Earned Income Credit and Minnesota Working Family Credits shall be retained by the debtor(s). The debtors shall keep these credits in addition to the $1,200 or $2,000. |
| **6.** | **<u>Vehicle Loan</u>**<br>Plan payments will increase upon completion of the 2017 Toyota Sienna loan with Affinity Plus CU, March 2026. |

**SUMMARY OF PAYMENTS**

| Class of payment | Amount to be paid |
|---|---|
| Payments by trustee [Part 3] | $4,757.20 |
| Home mortgages in default [Part 6] | $9,354.72 |
| Claims in default [Part 7] | $4,411.80 |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 8] | $0.00 |
| Secured claims excluded from § 506 [Part 9] | $0.00 |
| Priority claims [Part 10] | $14,009.60 |
| Domestic support obligation claims [Part 11] | $0.00 |
| Separate classes of unsecured claims [Part 12] | $0.00 |
| Timely filed unsecured claims [Part 13] | $15,038.68 |
| TOTAL (must equal line 2.5) | $47,572.00 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 16.

Signed: **s/ Andrew Walker**

Andrew Walker
Attorney for debtor
Bar Number: 0392525
Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409
Phone: (612) 824-4357
Email: andrew@bankruptcytruth.com

Signed: **s/ Kyle Andrew Waid**
Kyle Andrew Waid
Debtor 1

Signed: ______________________
Debtor 2 (if joint case)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Waid, Kyle Andrew
Debtor(s)

Case No. 24-32819
Chapter 13 Case

NOTICE OF CONFIRMATION HEARING AND NOTICE OF MODIFIED PLAN

To: Gregory Burrell, the U.S. Trustee, and other entities specified in Local Rule 1007-2(a):

1. The debtor(s) have filed a preconfirmation modified plan and it will be considered at the confirmation hearing in this case set forth below.

2. The court will hold a hearing on this motion at 10:30am on 2025-02-27 .The hearing will be conducted telephonically. Please dial 1-855-244-8852 to call in for the hearing. When prompted, enter access code: 2306 851 4433. When prompted, enter security code: 0428. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any objection to this plan must be filed and served on or before 2025-02-25.

WHEREFORE, the Debtor(s) respectfully request(s) the Court to confirm the modified plan.

Dated: 01/14/2025.

/s/ Andrew C. Walker
Andrew C. Walker #392525
Walker and Walker Law Offices, PLLC
Attorney for debtor(s)
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Waid, Kyle Andrew
Debtor(s)

Case No. 24-32819

UNSWORN CERTIFICATE OF SERVICE

I, Lisa Falk , Declare under penalty of perjury that on 01/14/2025, I mailed copies of the foregoing Notice of Confirmation Hearing and Notice Of PreConfirmation Modified Plan by first class mail, postage prepaid, or by electronic mail using ECF to each entity named below at the address stated below for each entity.

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Gregory Burrell
100 South 5th St. No. 480
Minneapolis, MN 55402

And creditors on the attached list

Executed on: 01/14/2025

/e/ Lisa Falk

Label Matrix for local noticing
0864-3
Case 24-32819
District of Minnesota
St Paul
Wed Dec 4 15:28:45 CST 2024

2nd Swing Golf
6752 SHADY OAK ROAD
EDEN PRAIRIE, MN 55344-3427

New American Funding, LLC
8201 North FM 620
Suite 120
Austin, TX 78726-4075

St Paul
200 Warren E. Burger Federal Building
and U.S. Courthouse
316 N Robert St
St Paul, MN 55101-1495

AMERICAN ACCOUNTS & ADVISERS INC
PO Box 250
Cottage Grove MN 55016-0250

(p)AFFINITY PLUS FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
175 W LAFAYETTE FRONTAGE ROAD
SAINT PAUL MN 55107-1420

Allina
Po Box 77008
Minneapolis, MN 55480-7708

American Express
General Inquiries
Po Box 981535
El Paso, TX 79998-1535

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Bob Boldt HVAC
12651 Zenith Ave S Suite 102
Burnsville, MN 55337-1772

(p)CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY STE 200
BREA CA 92821-6753

Children's Minnesota
Patient Financial Services
CBC-2-PFS
5901 Lincoln Dr
Edina MN 55436-1611

Children's Respiratory & Critical Care
2530 Chicago Ave #400
Minneapolis MN 55404-4387

Creditor Advocates
PO Box 1264
Prior Lake MN 55372-0864

Culligan Water
1801 50th St E
Inver Grove Heights MN 55077-1269

Dakota County Property Tax and Records
1500 Highway 55
Hastings, MN 55033

Department of Education/Nelnet
Attn: Claims
Po Box 82561
Lincoln, NE 68501-2561

Drs. North & Watson-Burnsville
2070 Burnsville Ctr
Burnsville, MN 55306-4416

Emergency Care Consultant
2829 University Ave SE Ste 730
Minneapolis MN 55414-3279

Emergency Physicians Prof Assc
4300 MarketPointe Dr Ste 100
Bloomington MN 55435-5435

Goldman Sachs Bank USA
200 West St
New York, NY 10282-2198

HealthPartners Park Nicollet
8170 33rd Ave S
Minneapolis, MN 55425-1614

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JP Receivables Management Partners
24600 Center Ridge Rd Ste 300
Westlake OH 44145-5679

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Mercy Health Saint Mary's & Mercy Healt
200 Jefferson Ave SE
Grand Rapids, MI 49503-4502

Midwest ENT-Eagan
3460 Promenade Ave
Eagan MN 55123-4404

Midwest Radiology
2355 Highway 36 West
Roseville MN 55113-3905

Minnesota Department of Revenue
551 Bkcy Section
Po Box 64447
Saint Paul, MN 55164-0447

NFS Hillary Waid
3922 Boston Circle
Eagan, MN 55123-1537

(p)NEW AMERICAN FUNDING
ATTN BANKRUPTCY DEPARTMENT
P O BOX 170581
AUSTIN TX 78717-0031

(p)RELIANCE RECOVERIES
ATTN ACCOUNTS RECEIVABLE SERVICES
6160 SUMMIT DR N
SUITE 440
BROOKLYN CENTER MN 55430-2149

TD BANK USA/TARGETCREDIT
Bankruptcy Department
Po Box 9547
Portland, ME 04112-9547

The Stark Collection Agency
402 Gammon Pl Ste 240
Madison, WI 53719-1074

The Urgency Room
PO Box 1823
Indianapolis IN 46206-1823

US DEPARTMENT OF EDUCATION C/O NELNET
121 S. 13TH STREET
LINCOLN NE 68508-1904

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

United Hospital
333 Smith Ave N
St Paul MN 55102-2389

United States Trustee
300 S 4th St Ste 1015
Minneapolis, MN 55415-3070

Veridian Credit Union
1827 Ansborough Ave
Waterloo, IA 50701-3629

Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409-2033

Andrew C. Walker
Walker & Walker Law Offices PLLC
4356 Nicollet Ave S
Minneapolis, MN 55409-2033

Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402-1250

Kyle Andrew Waid
3922 Boston Circle
Eagan, MN 55123-1537

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Affinity Plus Federal Credit Union
175 W Lafayette Frontage Rd
Saint Paul, MN 55107-1420

(d)Affinity Plus Federal Credit Union
175 West Lafayette Frontage Road
St. Paul, MN 55107

CMRE Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea CA 92821

JPMCB - CARD SERVICES
301 N Walnut St Fl 09
Wilmington, DE 19801-3971

New American Funding
11001 Lakeline Boulevard Suite 325
Austin, TX 78717

Reliance Recoveries
P.O Box 29227
Minneapolis, MN 55429

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)---------------------------
Nitro PDF Creator
---------------------------
'C:\Users\MMoua\OneD
--------------------------

End of Label Matrix
Mailable recipients 44
Bypassed recipients 1
Total 45